■ MICHAEL P. GRACE, II, Individually and as Trustee under the Will of JANET GRACE, Deceased, Appellant, v. DEEPDALE, INC., et al., Respondents. CORINNE GRACE, as Guardian ad Litem of MICHAEL P. GRACE, JR., an Infant,

**832**

Plaintiff, v. JOSEPH P. GRACE, JR., et al., as Trustees under the Will of JANET GRACE, Deceased, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.